Garcia v. County of Fresno, et al.　　Doc. 6

Case 1:05-cv-00794-OWW-SMS　　Document 6　　Filed 06/29/2005　　Page 1 of 3

1　James D. Weakley, Esq. Bar No. 082853
　Erica M. Camarena, Esq. Bar No. 227981
2　　THE LAW FIRM OF
　　WEAKLEY, RATLIFF,
3　ARENDT & McGUIRE, LLP
　　1630 East Shaw Avenue, Suite 176
4　　Fresno, California　93710

5　　Telephone: (559) 221-5256
　　Facsimile:　(559) 221-5262
6
7　Attorneys for Defendants COUNTY OF FRESNO and RICHARD PIERCE

8

9　　　　　　　　　**IN THE UNITED STATES DISTRICT COURT**

10　　　　　**FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO**

11

| | |
|---|---|
| ROSALINDA GARCIA, individually and as a successor in interest to Decedent Antonio Garcia, Jr.; and the ESTATE OF ANTONIO GARCIA, JR. | CASE NO. CV 05-0794 OWW |
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| vs. | |
| COUNTY OF FRESNO, FRESNO COUNTY SHERIFF RICHARD PIERCE and DOES 1-100 inclusive, | |
| Defendants. | |

21　　　　Pursuant to Local Rule 6-144(a), IT IS HEREBY STIPULATED by and between the

22　parties herein, that defendants COUNTY OF FRESNO and RICHARD PIERCE will have and

23　extension of thirty (30) days within which to file their Responses to Plaintiffs' Requests for

24　Production of Documents and their Answer to Plaintiffs' Complaint.

25　　　1.　Defendants are hereby ordered to serve their response to Plaintiffs' requested

26　　　　　discovery no later than July 25, 2005.

27　　　2.　Defendants are hereby ordered to serve their Answer on Plaintiffs' no later than

28　　　　　July 25, 2005.

---
Stipulation to Extend Dates

| | | |
|---|---|---|
| 1 | DATED: June 17, 2005 | WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP |
| 2 | | |
| 3 | | By:     /s/   Erica M. Camarena |
| 4 | | Erica M. Camarena<br>Attorney for Defendants |
| 5 | | COUNTY OF FRESNO and<br>SHERIFF RICHARD PIERCE |
| 6 | | |
| 7 | DATED: June 17, 2005 | JUAN M. FALCON & ASSOCIATES, A Professional Corporation |
| 8 | | |
| 9 | | By:     /s/   Juan M. Falcon |
| 10 | | Juan M. Falcon<br>Attorney for Plaintiffs, ROSALINDA GARCIA and The ESTATE OF ANTONIO GARCIA, JR |

**ORDER**

**IT IS SO ORDERED**.

DATED: __June 27, 2005_____

/s/ OLIVER W. WANGER
_____
U.S. DISTRICT COURT JUDGE

PROOF OF SERVICE

I, the undersigned, hereby certify that I am employed in the County of Fresno, State of California, over the age of eighteen years and not a party to the within action; my business address is 1630 East Shaw Avenue, Suite 176, Fresno, California 93710.

On the date set forth below, I placed in a sealed envelope and served a true copy of the within

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**

addressed as follows:

Juan M. Falcon
Juan M. Falcon & Associates, Inc.
2014 Tulare Street, Suite 212
Fresno, CA 93721
499-2626
Fax: 499-2622
Attorney for Plaintiff

☒    BY MAIL    I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited in the ordinary course of business.

I caused each envelope, with postage fully prepaid, to be placed in the United States mail, at Fresno, California.

☐    BY HAND    I hand delivered each envelope to the office listed above.

☐    BY FACSIMILE    I served the above-mentioned document from Facsimile Machine No.: (559)221-5262 to the interested parties at the facsimile numbers listed above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct, and that this proof of service was executed at Fresno, California, on June 22, 2005.

      /s/ Monica Garza
      Monica Garza