UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

Re:  

**NONCOMPLIANCE WITH ELECTRONIC FILING REQUIREMENT (L.R. 5-133)**

**1:04-cv-5184 OWW DLB**
**1:05-cv-315 OWW LJO**
**1:05-cv-449 OWW LJO**
**1:05-cv-794 OWW SMS**

**ORDER TO SHOW CAUSE**

_____/

TO: **Juan Manuel Falcon**

On January 3, 2005, this court became an electronic filing district, requiring all attorneys to register for the court's electronic filing system (CM/ECF), and except where excused by the court or by Local Rule, to file all documents electronically.  You were given written notice in all of the above noted cases and directed to register for CM/ECF.  To date, no registration has been received from you by the court.

YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why sanctions should not be imposed for your failure to comply with the court's electronic filing requirements.  Such affidavits or certificates are to be filed

within 11 days of service of this order.

DATE: July 12, 2005

                                        /s/ Oliver W. Wanger
                                        OLIVER W. WANGER
                                        U.S. District Judge