James D. Weakley, Esq. Bar No. 082853
Erica M. Camarena, Esq. Bar No. 227981
THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants COUNTY OF FRESNO and RICHARD PIERCE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ROSALINDA GARCIA, individually and as a successor in interest to Decedent Antonio Garcia, Jr.; and the ESTATE OF ANTONIO GARCIA, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO, FRESNO COUNTY SHERIFF RICHARD PIERCE and DOES 1-100 inclusive,<br><br>Defendants. | CASE NO. CV 05-0794 OWW-SMS<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE AND SERVE THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date: September 26, 2005<br>Time: 10:00 a.m.<br>Courtroom: Two<br>Honorable Oliver W. Wanger<br><br>Local Rule 6-144(a) |

Defendants have agreed to Plaintiffs' request for an extended period of time to file their opposition to Defendants' motion to dismiss under the following terms:

1. Plaintiffs are hereby ordered to electronically file and personally serve their opposition to Defendants' motion to dismiss no later than Monday, September 12, 2005 at 4:00 p.m.

2. The hearing on the Defendants' motion to dismiss will be continued to September 26, 2005, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom Two of the above-entitled Court, before the Honorable Oliver W. Wanger.

Stipulation to Extend Dates

Further, Plaintiffs counsel, Juan Falcon is now registered with the above-entitled court and agrees to accept electronic service for all future filings.

DATED: August 25, 2005

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:    /s/ Erica M. Camarena
Erica M. Camarena
Attorney for Defendants
COUNTY OF FRESNO and
SHERIFF RICHARD PIERCE

DATED: August 25, 2005

JUAN M. FALCON & ASSOCIATES, A Professional Corporation

By:    /s/ Juan M. Falcon
Juan M. Falcon
Attorney for Plaintiffs, ROSALINDA GARCIA
and The ESTATE OF ANTONIO GARCIA, JR

**ORDER**

**IT IS SO ORDERED**.

DATED: 8/26/2005                 /S/OLIVER W. WANGER

U.S. DISTRICT COURT JUDGE