```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


ROSALINDA GARCIA,                   )    1:05-cv-0794 OWW SMS
                                    )
          Plaintiff,                )    ORDER FOR SETTLEMENT
                                    )
     v.                             )
                                    )
ERIC BROUGHTON, COUNTY OF           )
FRESNO, FRESNO COUNTY SHERIFF,      )
CARLIN WILLIAMS,                    )
                                    )
          Defendants.               )
                                    )
_____)
```

I.  Date of Scheduling Conference.

   March 10, 2006.

II. Appearances Of Counsel.

   Juan Falcon, Esq., appeared on behalf of Plaintiff.

   Weakley, Ratliff & Arendt by James D. Weakley, Esq., appeared on behalf of Defendants.

III. Summary of Pleadings.

   1.   The parties have announced that they have reached a settlement in the matter and have placed that settlement on the record.  The parties have stipulated on the record that the Plaintiff will dismiss her lawsuit in return for a waiver of costs, attorneys fees or other expenses of any kind related to

1

this lawsuit.

2. Defendants agree that the Fresno County Sheriff's Office will review all property seized in the case and will return the property that is not required to be held and/or destroyed under the provisions of law. The property is presently identified as:

- .22 caliber revolver;
- holster;
- white powdery substance;
- bag containing green leafy substance;
- several pipes;
- sword (claimed to be an antique); and
- pocket knife with the name "Tiger" on it.

3. Based on the parties' stipulation and agreement that the case has been settled, the scheduling conference is VACATED and this order, approving the settlement, is hereby ENTERED.

IT IS SO ORDERED.

Dated:   March 15, 2006                    /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE