James D. Weakley, Esq. Bar No. 082853
Erica M. Camarena, Esq. Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants COUNTY OF FRESNO, RICHARD PIERCE, ERIC BROUGHTON, and CARLIN WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ROSALINDA GARCIA, individually and as a successor in interest to Decedent Antonio Garcia, Jr.; and the ESTATE OF ANTONIO GARCIA, JR.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF FRESNO, FRESNO COUNTY SHERIFF RICHARD PIERCE, in his individual capacity; ERIC BROUGHTON, an individual; CARLIN WILLIAMS, an individual and DOES 1-50 inclusive,<br><br>　　　　Defendants. | CASE NO. CV 05-0794 OWW-SMS<br><br>**STIPULATION AND ORDER REGARDING THE RELEASE OF EVIDENCE FROM THE FRESNO COUNTY SHERIFF'S DEPARTMENT PROPERTY ROOM**<br><br>Honorable Oliver W. Wanger<br><br>**Local Rule 83-143** |

Pursuant to the Order For Settlement rendered by this Court on March 15, 2006, (Court Docket No. 29) Defense Counsel has contacted the Fresno County Sheriff's Department's Property Room to inquire as to the procedure for releasing evidence to the Plaintiff. The Fresno County Sheriff's Department requires a Court Order specifying which items of evidence can be released and which items can be destroyed.

//

---

Stipulation to Release Evidence and Dismiss Case

|  |  |
|---|---|

IT IS HEREBY STIPULATED by and between the parties and their attorneys of record that pursuant to the Fresno County Sheriff's Department's requirement, the following items of evidence may be distributed as follows (Refer to Attachment A, Fresno County Sheriff's Department Evidence report number 04-6598, prepared by Teresa Cruz and Leo Lopez):

**ITEMS TO BE RELEASED**

| Item Number | Description of Property |
|---|---|
| 8 - 9 | Two Pieces of a Pair of Glasses |
| 10 | Door Lock |
| 23 | Pocket Knife |
| 24 | Black Pants and Black Belt |
| 25 | Black Tee Shirt |
| 26 | Boxer Shorts |
| 27 | Pair of Black Boots |
| 28 | Pair of White Socks |
| 29 | Gun Holster |
| 30 | Belt Buckle |
| 31 | Miscellaneous Items from Left and Right Pockets with the Exception of a Glass Pipe |
| 32 | Change from Right Front Pocket |
| 34 | 2 Collectors Silver Dollars |
| 35 | Jar of Liquid |
| 38 | Blue Thermal Lunchbox |
| 39 | Sword and Sheath |
| 42 | Two Radio Scanners |
| 43 | Black Pouch |

//
//
//

---

Stipulation to Release Evidence and Dismiss Case        2

**ITEMS TO BE DESTROYED**

| Item Number | Description of Property |
|---|---|
| 1 | Revolver (H&R Inc Model Number 826 22 WMRF; Serial Number AY090315) |
| 2 | Deformed Bullet |
| 3 | Swab of Blood |
| 4 - 7 | Expended Shell Casings |
| 11 | Bullet Fragments |
| 12 - 13 | Expended Shell Casings |
| 14 | Six Bullets Removed from Decedent's Revolver |
| 31 | Glass Pipe with the Exception of the Other Miscellaneous Items Which Can Be Released |
| 33 | White Powdery Substance |
| 36 | Baggie with White Crystal Substance |
| 37 | Large and Small Baggies with Green Leafy Substance |
| 40 | Two Glass Pipes |
| 41 | Large Water Pipe |
| 44 | Two Boxes of .22 Ammunition |
| 45 - 46 | Swab of Blood |
| 47 | Broken Glass Pipe |
| 48 | Small Pipe |
| 49 - 50 | Bullet Fragments and Bullet Jacket Fragments |

**MISCELLANEOUS**

| Item Number | Description of Property |
|---|---|
| 15 - 22 | Deputies' Handguns, Magazines and Ammunition Will Be Released Pursuant to Fresno Sheriff's Department's Policies and Procedures |

The parties further agree that should Plaintiff not want any of the items that are hereby authorized for release, such items can be destroyed. In addition, any items not picked up by

Plaintiff within sixty (60) days of signing this Order may also be destroyed.

Further, Plaintiff agrees to file a dismissal of her lawsuit within ten days after the Court signs this Order.

DATED: May 15, 2006

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:  /s/ Erica M. Camarena
Erica M. Camarena
Attorney for Defendants
COUNTY OF FRESNO,
SHERIFF RICHARD PIERCE, ERIC BROUGHTON, and CARLIN WILLIAMS

DATED: May 15, 2006      JUAN M. FALCON & ASSOCIATES, A Professional Corporation

By:  /s/ Juan M. Falcon
Juan M. Falcon
Attorney for Plaintiffs, ROSALINDA GARCIA and The ESTATE OF ANTONIO GARCIA, JR.

**ORDER**

IT IS SO ORDERED.

**Dated:   May 18, 2006**           **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE