James D. Weakley, Esq. Bar No. 082853
Erica M. Camarena, Esq. Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants COUNTY OF FRESNO, RICHARD PIERCE, ERIC BROUGHTON, and CARLIN WILLIAMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ROSALINDA GARCIA, individually and as a successor in interest to Decedent Antonio Garcia, Jr.; and the ESTATE OF ANTONIO GARCIA, JR.<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF FRESNO, FRESNO COUNTY SHERIFF RICHARD PIERCE, in his individual capacity; ERIC BROUGHTON, an individual; CARLIN WILLIAMS, an individual and DOES 1-50 inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 05-0794 OWW-SMS<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER**<br><br>**Honorable Oliver W. Wanger**<br><br>**Local Rule 83-143, 16-160**<br>**FRCP 41(a)** |

It is hereby stipulated by and between Plaintiffs, ROSALINDA GARCIA and THE ESTATE OF ANTONIO GARCIA, JR, and Defendants, the COUNTY OF FRESNO, SHERIFF RICHARD PIERCE, ERIC BROUGHTON, and CARLIN WILLIAMS, that the above entitled action shall be dismissed in its entirety as to all claims, with prejudice, under Federal Rules of Civil Procedure 41(a)(1).

//

Stipulated Dismissal With Prejudice and Order   IT IS SO ORDERED.

**Dated:   May 24, 2006**　　　　　　　／s/ Oliver W. Wanger
emm0d6　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1  //

3  It is also stipulated that all costs and attorneys fees incurred by the COUNTY OF
4  FRESNO in defending this action on behalf of their county employees, will be waived.

5  DATED: May 19, 2006

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By: /s/ Erica M. Camarena
Erica M. Camarena
Attorney for Defendants
COUNTY OF FRESNO,
SHERIFF RICHARD PIERCE, ERIC
BROUGHTON, and CARLIN WILLIAMS

11  DATED: May 19, 2006   JUAN M. FALCON & ASSOCIATES, A Professional Corporation

By: /s/ Juan M. Falcon
Juan M. Falcon
Attorney for Plaintiffs, ROSALINDA
GARCIA and The ESTATE OF ANTONIO
GARCIA, JR.

**ORDER**

IT IS SO ORDERED.

**Dated:  May 24, 2006**          /s/ Oliver W. Wanger
emm0d6                            UNITED STATES DISTRICT JUDGE

Stipulated Dismissal With Prejudice and Order